# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cr 38-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| YASMEL LOBACO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Before the Court is the motion for *pro hac vice* admission [# 24] "filed by" James O. Rice Jr., counsel for Defendant.

The Court finds the *pro hac vice* motion was not filed by Attorney Rice. Instead, the motion was forwarded to the Clerk's Office via next-day mail by Attorney Steven Amster—*pro hac vice* counsel for Defendant's codefendant Saudel Benitez. Accompanying the motion was a check from the Law Offices of Steven Amster for $281.00 to cover the filing fee. This filing shows a conflict of interest between Attorney Amster as counsel for codefendant Benitez and Defendant Lobaco.

Accordingly, the Court **DENIES** the motion [# 24]. The Court **DIRECTS** the Clerk's Office to return Attorney Amster's check to him.

Signed: June 5, 2018

*[signature]*

Dennis L. Howell
United States Magistrate Judge